**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:

      CHRISTOPHER L. SEWARD            Case No. 08-58279
                                              Chapter 13
          Debtor                      Judge Thomas J. Tucker
_____/

Potestivo & Associates, P.C.
By: Kenneth A. VanNorwick (P61707)
Attorney for Flagstar Bank, FSB
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
kvannorwick@potestivolaw.com

Nathaniel H. Herdt (P68144)
Attorney for Debtor
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
nherdt@babutlaw.com
_____/

### STATEMENT IN RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENT

      NOW COMES Flagstar Bank, FSB and its Principal, Successors, Heirs, and Assigns (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response disagreeing with the Trustee's Notice of Final Cure Payment and Completion of Plan Payments that was filed on March 14, 2014:

1. The Debtor filed his bankruptcy petition on July 30, 2008.

2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on March 14, 2014.

3. The Debtor was to begin making their ongoing monthly mortgage payments directly to Creditor at plan completion. The Debtor is due for the direct payments that came due February 1, 2014, March 1, 2014, and April 1, 2014 in the amount of $1,081.66 each.

4. Creditor disagrees with the Notice of Final Cure Payment and Completion of Plan Payments.

                      /s/ Kenneth A. VanNorwick_____
                      By: Kenneth A. VanNorwick (P61707)
                      Attorney for Flagstar Bank, FSB
                      811 South Blvd. Suite 100
                      Rochester Hills, MI 48307
                      (248) 853-4400
                      kvannorwick@potestivolaw.com