UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:                                              Chapter 13

Kimberly Ann Klaus,                                 Case No. 09-48261-PJS

    Debtor.                                       Hon. Phillip J. Shefferly
_____/

ORDER APPROVING SETTLEMENT BETWEEN THE UNITED STATES OF
AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE AND THE
STANDING CHAPTER 13 TRUSTEES FOR THE EASTERN
DISTRICT OF MICHIGAN

THIS MATTER comes before the Court on the Motion for Entry of Order Approving Settlement Between the United States of America on Behalf of the Internal Revenue Service and the Standing Chapter 13 Trustees for the Eastern District of Michigan filed on March 16, 2014 (the "Settlement Motion")[1]. The Court conducted a hearing on the Settlement Motion on April 9, 2014, after notice given and accordance with the Order Granting Joint Motion to Approve Notice Procedures for Hearing on Approval of Settlement Agreement.

There being no objections filed or asserted at the hearing, the Court having reviewed the Settlement Motion, the Settlement Agreement made exhibit to the Settlement Motion, and having considered the statements of counsel at the hearing (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Settlement Motion and the Hearing was sufficient pursuant to Fed. R. Bankr. P. 2002(a)(3); (d) the EDMI Trustees and the IRS agree to the terms of the settlement as memorialized in the Settlement Agreement after lengthy, good faith, and arm's length negotiations; and (e) the terms of the Settlement Agreement

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Settlement Motion or the Settlement Agreement.

*Page 1 of 2*

are fair and equitable and in the best interest of the debtors' estate and creditors; and the Court having determined that the legal and factual basis set forth in the Settlement Motion and at the Hearing establish grounds for the relief granted herein, including just cause;

**IT IS HEREBY ORDERED THAT**:

1. The Settlement Motion is GRANTED.

2. The Settlement Agreement is approved in all respects.

3. The EDMI Trustees and the IRS are authorized to take any and all actions that are necessary or appropriate to implement the terms of this Order and the Settlement Agreement.

4. This Order is effective immediately upon its entry.

5. The Court shall retain authority to entertain and approve further agreements reached between the EDMI Trustees and the IRS and to resolve all matters related to implementation of this Order.

| /s/ Phillip J. Shefferly | /s/ Mark A. Randon |
|---|---|
| PHILLIP J. SHEFFERLY, Chief Judge | MARK A. RANDON |
| United States Bankruptcy Court | United States Bankruptcy Judge |
| | |
| /s/ Marci B. McIvor | /s/ Thomas J. Tucker |
| MARCI B. McIVOR | THOMAS J. TUCKER |
| United States Bankruptcy Judge | United States Bankruptcy Judge |
| | |
| /s/Walter Shapero | /s/ Daniel S. Opperman |
| WALTER SHAPERO | DANIEL S. OPPERMAN |
| United States Bankruptcy Judge | United States Bankruptcy Judge |

Signed on April 10, 2014